**Gary Ray WALLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53436.**

Missouri Court of Appeals,
Western District.

June 10, 1997.

James C. Cox, Assistant Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., SPINDEN and HOWARD, JJ.

**ORDER**

PER CURIAM.

Gary Waller appeals the denial of his Rule 24.035 motion for postconviction relief without an evidentiary hearing. Pursuant to a plea agreement, Waller pleaded guilty in Jackson County Circuit Court to one count of robbery in the first degree in violation of § 569.020, RSMo 1994, one count of armed criminal action, in violation of § 571.015, RSMo 1994, and one count of assault in the first degree, in violation of § 565.050, RSMo 1994.

Affirmed. Rule 84.16(b).

■

**Cortez RATLIFF, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53620.**

Missouri Court of Appeals,
Western District.

June 10, 1997.

Jeannie Willibey, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BERREY, P.J., and SPINDEN and SMART, JJ.

**ORDER**

PER CURIAM.

Cortez Ratliff appeals the circuit court's denial of this Rule 24.035 motion to set aside his plea of guilty to charges of second degree robbery. We affirm. Rule 84.16(b).